**Darwin Burnett WALDEN, Appellant,**

v.

**Cornell SMITH; Mary Dick; Dustin Lutgen; Tom Conley, Appellees.**

**No. 10–3073.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 4, 2011.

Filed: Feb. 9, 2011.

Darwin Burnett Walden, Mount Pleasant, IA, pro se.

H. Loraine Wallace, Attorney General's Office, Des Moines, IA, for Appellees.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Iowa inmate Darwin Walden appeals from the adverse grant of summary judgment entered by the District Court[1] in this 42 U.S.C. § 1983 action. After careful *de novo* review, *see Anderson v. Larson*, 327 F.3d 762, 767 (8th Cir.2003), we conclude that summary judgment was proper because Walden failed to raise a material factual issue on whether defendants substantially burdened his ability to practice Islam, *see Patel v. U.S. Bureau of Prisons*, 515 F.3d 807, 813–14 (8th Cir.2008).

Accordingly, we affirm the judgment of the District Court. *See* 8th Cir. R. 47B.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.